FILED
97 NOV 10 AM 9:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| SIGNAL POINT DEVELOPMENT, INC. d/b/a SIGNAL POINT MARINA, | ) ) ) ) |
| Plaintiff, | ) ) CV 97-PT-2402-M |
| vs. | ) ) |
| 1988 WELLCRAFT, JAMES W. STEELEY, et al, | ) ) ) |
| Defendants. | ) |

ENTERED
NOV 10 1997

## MEMORANDUM

During the trial, this court heard evidence with regard to a boat described as a 1988 43 foot Wellcraft Portofina Cabin Cruiser. The boat was financed by Steven Elliot Hughes and the mortgage or security interest is now owned by Maryland National Bank (now known as Nations Bank). During the trial, Mr. Hughes expressed a concern about his credit rating. It is this court's opinion that nothing with reference to said transaction should adversely reflect on the credit rating of Mr. Hughes. His role in the subject transaction would suggest a superior rating rather than a poor one. The court, of course, has no information about any other transactions.

This _10th_ day of November, 1997.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE